NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| JEREMY M. THOMAS, | ) | |
| Appellant, | ) | |
| v. | ) | Case No. 2D18-5103 |
| STATE OF FLORIDA, | ) | |
| Appellee. | ) | |

Opinion filed September 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Christopher
Nash, Judge.

Jeremy M. Thomas, pro se.


PER CURIAM.

       Affirmed.  See McDonald v. State, 957 So. 2d 605 (Fla. 2007); Knight v.

State, 808 So. 2d 210 (Fla. 2002); Burdick v. State, 594 So. 2d 267 (Fla. 1992);

Campbell v. State, 884 So. 2d 190 (Fla. 2d DCA 2004).


CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.